IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Marvin Keith Alexis Jr. ) <br> (R-07621), ) <br> ) <br>       Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> Experian, et al., ) <br> ) <br>       Defendants. ) | Case No. 17 C 50396 <br><br> Judge Iain D. Johnston |

**REPORT AND RECOMMENDATION**

    On 10/16/2018 the Court gave the plaintiff to 12/14/2018 to respond to the defendant's motion for summary judgment [44]. Dkt. 48. When no response was received, the Court sua sponte extended the plaintiff's deadline to respond to 1/31/2019, and warned that failing to respond by the extended deadline would result in a Report and Recommendation that the case be dismissed for want of prosecution. To date, the plaintiff has still not responded to the motion for summary judgment [44]. Accordingly, it is this Court's Report and Recommendation that this case be dismissed for want of prosecution. *See James v. McDonalds Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (explaining that district court has inherent authority to sua sponte dismiss case for lack of prosecution). The plaintiff may file an objection to this Report and Recommendation with the assigned district judge, and any objection must be filed by 2/25/2019. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: February 7, 2019                                           /s/Iain D. Johnston
                                                                                     U.S. Magistrate Judge