## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Marvin Keith Alexis Jr. (R-07621), | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 17 C 50396 |
| | ) | |
| Experian, et al., | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [52] from the magistrate judge that this court dismiss this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R. This case is closed.

Date: 2/26/2019            ENTER:

                                                              _____
                                                              FREDERICK J. KAPALA

                                                              District Judge